UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY TANG, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 23-CV-09885 (VSB)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

A settlement conference is scheduled for **Wednesday, July 10, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 28, 2024**, to propose three alternative dates and times for the settlement conference during the week of July 15, 2024.

The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **July 3, 2024**, **at 5:00 p.m**.

Corporate parties must send the person with decision-making authority to settle the matter to the conference.

If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 15, 2024         SO ORDERED.
    New York, NY

                                 _____
                                 **ROBYN F. TARNOFSKY**
                                 United States Magistrate Judge