**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.**
Dated: June 20, 2024

**By ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Tang, et al. v. United States of America*, No. 23 Civ. 9885 (VSB)

Dear Judge Broderick:

    This Office represents the United States of America (the "Government") in the above-referenced action. I write respectfully to request a one-week extension of the Government's deadline to file its Rule 12(c) motion for judgment on the pleadings (i.e., from June 21, 2024, to June 28, 2024). The Government respectfully requests this brief extension because it needs additional time to confer with the agency clients and to finalize its brief in support of the motion. This is the Government's first request for an extension of the deadline to file its Rule 12(c) motion, and Plaintiffs consent to this request.

    I thank the Court for its consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ *Courtney E. Moran*
COURTNEY E. MORAN
Special Assistant United States Attorney
ALYSSA B. O'GALLAGHER
JESSICA F. ROSENBAUM
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (917) 836-0126/(212) 637-2822/2777
courtney.moran@usdoj.gov
alyssa.o'gallagher@usdoj.gov
jessica.rosenbaum@usdoj.gov