APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.

Dated: August 28, 2024

# Susman Godfrey L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
50TH FLOOR
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

---

| Suite 5100 | Suite 1400 | Suite 3000 |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Geng Chen
Direct Dial (212) 336-8330

E-Mail GChen@susmangodfrey.com

Hon. Vernon S. Broderick              August 27, 2024
40 Foley Square
New York, NY 10007

Re:   *Tang et al v. United States of America*, No. 1:23-cv-09885 (VSB)

    We represent Plaintiffs Tony Tang and Gilberto Torres Gomez as well as the proposed class in the above-captioned action. On July 3, 2024, Defendant USCIS filed a motion to dismiss the Complaint under Rule 12(b)(1) and for judgment on the pleadings under Rule 12(c). *See* Dkt. 43. Plaintiffs' opposition to the motion is currently due to be filed by August 29. *See* Dkt. 50.

    Plaintiffs write to request a one-week extension of the deadline by which to file their opposition to USCIS's pending motion, such that their opposition would instead be due September 5, 2024. This extension is needed because one of Plaintiffs' counsel recently departed for earlier-than-anticipated parental leave, and other members of the team have been limited in their ability to shift their schedules in light of an upcoming trial and other pre-existing commitments. This is Plaintiffs' second such extension request, and USCIS has consented to this request.

    We thank the Court for its continued attention to this matter.

Respectfully submitted,

*/s/ Geng Chen*
Geng Chen (SDNY Bar No. GC2733)
Beatrice C. Franklin (SDNY Bar No. BF1066)
Dinis Cheian (SDNY Bar No. 5958152)
Zach Fields (SDNY Bar No. 5832720)
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Tel:   212-336-8330
GChen@susmangodfrey.com
BFranklin@susmangodfrey.com
DCheian@susmangodfrey.com
ZFields@susmangodfrey.com

1