# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

50TH FLOOR
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3000 |
|---|---|---|
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Geng Chen
Direct Dial (212) 336-8330

E-Mail GChen@susmangodfrey.com

February 18, 2025

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> The pre-motion conference scheduled for February 21, 2025 is adjourned. The Clerk of Court is respectfully requested to terminate ECF 81.
> Date 2/19/2025
> New York, NY
>
> SO ORDERED
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

Re:   *Tang, et al. v. United States of America*, 1:23-cv-09885-LTS-RFT (S.D.N.Y.)

Dear Judge Tarnofsky,

Pursuant to this Court's February 14, 2025 order (ECF 84), Plaintiffs submit this letter and respectfully withdraw their February 11, 2025 request for a pre-motion conference (ECF 81).

On February 11, Plaintiffs filed a letter-motion requesting that the Court "order USCIS to produce its policies governing the reuse of biometric information, FBI name checks, and FBI fingerprint checks from October 1, 2014, through April 1, 2024." ECF 81 at 3.

On February 14, USCIS filed a response letter agreeing to produce the policies at issue and representing that it "is currently undertaking a search for any formal reuse policies governing use of biometrics and FBI checks during the requested time period." ECF 83 at 1. Earlier today, USCIS confirmed by email that it will produce those policies by February 25.

Plaintiffs were surprised that USCIS considered their pre-motion letter the "first time" that Plaintiffs articulated a demand for the "actual policies governing [USCIS's] reuses of biometrics and FBI checks," ECF 83 at 1, given the parties' discussion of that very issue during their meet and confers, *see* ECF 81-2 at 19-20. Nevertheless, Plaintiffs are satisfied that this dispute will shortly be resolved with the production of the policies at issue.

*Tang et al. v. United States of America*
1:23-cv-09885-LTS-RFT (S.D.N.Y.)

  Thus, Plaintiffs respectfully withdraw their request for a pre-motion conference. Plaintiffs thank the Court for its consideration of this matter.

Respectfully submitted,

<u>/s/     Geng Chen</u>
Geng Chen (SDNY Bar No. GC2733)
Beatrice C. Franklin (SDNY Bar No. BF1066)
Dinis Cheian (SDNY Bar No. 5958152)
Zach Fields (SDNY Bar No. 5832720)
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Tel: 212-336-8330
GChen@susmangodfrey.com
BFranklin@susmangodfrey.com
DCheian@susmangodfrey.com
ZFields@susmangodfrey.com

*Attorneys for Plaintiffs*

2