UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY TANG,<br><br>                    Plaintiff,<br><br>    -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 23-CV-09885 (VSB)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 1, 2025, Plaintiff submitted a letter on behalf of both parties regarding the status of discovery and a discovery dispute. (ECF 115.) By Monday, **November 24, 2025**, the parties shall submit a joint letter updating the Court on the status of discovery and their dispute.

DATED:  November 17, 2025
        New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge