UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| TONY TANG,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Defendant. | 23-CV-09885 (VSB)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

My chambers received an email from counsel for Plaintiffs regarding the pre-motion conference scheduled for Monday December 8, 2025  (Exhibit A hereto). Counsel is reminded that all communications with the Court should be filed on the docket.

The conference scheduled for Monday, **December 8, 2025** at **4:00 pm** will address the pre-motion letter to strike. Plaintiffs' reply letter brief shall be filed with the Court by **3:00 pm** on **Monday**, **December 8, 2025**.

DATED:  December 4, 2025
　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge

# EXHIBIT A

| | |
|---|---|
| **From:** | Dinis Cheian |
| **To:** | Tarnofsky NYSD Chambers |
| **Cc:** | Beatrice Franklin; Geng Chen; O"Gallagher, Alyssa (USANYS); Rosenbaum, Jessica (USANYS) |
| **Subject:** | Tang et al v. United States of America (1:23-cv-09885-LTS-RFT) - Inquiry Regarding Conference on Monday, December 8 (ECF 122) |
| **Date:** | Wednesday, December 3, 2025 9:59:45 PM |

**CAUTION - EXTERNAL:**

Dear Judge Tarnofsky,

We are in receipt of the Court's Order setting a telephonic conference for Monday, December 8 at 4pm. *See* Scheduling Order (ECF 122). We wanted to flag that, per the Court's November 24 Memo Endorsement (ECF 118), which directs the parties to follow Individual Rule III.C and submit letter briefs in connection with their discovery dispute (ECF 120), Plaintiffs are planning to file a reply letter brief on December 8. This means that the Court will not have the full set of letter briefs prior to the conference. We were unclear from the Court's Order whether the Court intends the conference to address just the motion to seal (ECF 119) or the pre-motion letter to strike (ECF 120) as well. We'd appreciate any guidance from the Court about the anticipated scope of the conference (and whether a reply letter brief is in fact expected).

Respectfully Yours,
Dinis Cheian
*Counsel for Plaintiffs*

**Dinis Cheian** | **Susman Godfrey L.L.P.**
One Manhattan West, 50th Floor, New York, NY 10001
(212) 729 2057 (office) | (857) 210 5399 (cell)
dcheian@susmangodfrey.com | www.susmangodfrey.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.