**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY TANG and GILBERTO TORRES GOMEZ, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> *Defendant*. | Case No.: 1:23-cv-09885-LTS-RFT <br><br><br> **AMENDED CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

ROBYN F. TARNOFSKY, United States Magistrate Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties **do not consent** to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties **have not** engaged in settlement discussions.

3. This case **is not** to be tried to a jury.

4. All fact discovery is to be completed no later than **March 16, 2026**, except as provided in Section 9 below.

5. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 4 above.

   a. All requests for production shall be served by **August 30, 2024**.

   b. Interrogatories shall be served by **August 30, 2024**, except that contention interrogatories pursuant to Local Rule 33.3(c) shall be served within 10 days of the

1

<u>Court issuing a ruling on Defendant's Motion to Dismiss and for Judgment on the Pleadings (ECF 42) (July 3, 2024).</u>

c. Depositions (except expert depositions) shall be completed by **March 16, 2026**.

    i. There is no priority for depositions by reason of a party's status as a plaintiff or a defendant.

    ii. Absent an agreement between the parties or an order from the Court, nonparty depositions shall follow initial party depositions.

d. Requests for admissions shall be served no later than **August 30, 2024**, <u>except that requests for admissions pursuant to Fed. R. Civ. P. 36(a)(1)(B) may be served until 30 days before the deadline for filing motions for summary judgment.</u>

6. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by **May 1, 2026**, except as provided by Section 6(d) below, in which case expert discovery shall be completed two weeks after the submission of Defendant's sur-reply expert report.

a. Opening expert reports shall be served by **August 11, 2025**.

b. Rebuttal expert reports shall be served by **September 22, 2025**.

c. Plaintiffs' reply expert report shall be served by **April 17, 2026**.

d. Defendant's sur-reply expert report, to the extent one is requested and permitted, shall be served four weeks after Plaintiffs agree to the submission of such report or the Court so permits.

7. All discovery shall be completed no later than **May 1, 2026**, except as provided in Section 6 above and Section 9 below.

8. Plaintiff's motion for class certification and each party's motions to exclude expert testimony, if any, shall be filed within 60 days of the Court issuing a ruling on Defendant's Motion to Dismiss and for Judgment on the Pleadings (ECF 42) (July 3, 2024).

a. Defendant's opposition to motion for class certification and each party's oppositions to motions to exclude expert testimony, if any, shall be filed within 6 weeks after the respective motion.

b. Plaintiff's reply in support of motion for class certification and each party's replies in support of motions to exclude expert testimony, if any, shall be filed within 6 weeks after the respective opposition.

9. Within seven days of the Court granting certification of one or more classes, the parties shall meet and confer regarding discovery concerning the members of any certified class, including the production of documents sufficient (1) to provide notice as required under

any applicable law and/or order of this Court and (2) to determine whether an individual is a member of the one or more certified classes. Within seven days of their meet and confer, the parties shall raise with the Court any discovery disputes. Within 60 days of the resolution by the Court of any such disputes, or within 60 days of the Court granting certification of one or more classes if no such disputes are raised, the United States shall produce the discovery described above.

10. ~~No later than~~ *Starting on January 15, 2026, and continuing bimonthly thereafter,* _____, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion, what efforts the parties have made to settle the action, whether any discovery disputes remain outstanding, and whether the parties request referral to a Magistrate Judge for settlement purposes. If either party contemplates filing a dispositive motion, the parties should be prepared to discuss a briefing schedule at the post-discovery conference.

11. The Court will conduct a telephonic post-discovery conference on _____ at _____. The dial-in number is 888-363-4749 and the conference code is 2682448.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due by the later of 30 days from the Court's decision on Plaintiffs' motion for class certification, or 30 days from the Court's decision on any dispositive motion. This case shall be trial ready 60 days from the later of the Court's decision on Plaintiffs' motion for class certification or from the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

   a.   __X__ Referral to a Magistrate Judge for settlement discussions.

   b.   _____ Referral to the Southern District's Mediation Program.

   c.   _____ Retention of a private mediator.

   The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

3

14. The parties have conferred and their present best estimate of the length of trial is **5-7 days**.

The Parties' Amended Case Management Plan is SO ORDERED with modifications to Paragraph 10, as modified above. The Clerk of Court is respectfully requested to terminate ECF 133.

SO ORDERED.

Dated:  January 6, 2026

New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

4