UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY TANG,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 23-CV-09885 (VSB) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**


        This action is scheduled for a discovery conference on **Monday, June 8, 2026, at 10:30 AM**. The parties should be prepared to discuss the Government's Letter Motion at ECF 150. Plaintiffs are reminded that their response to the Government's Letter motion is due by **June 1, 2026**. Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 702 108 624#.**


DATED:  May 27, 2026
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge