**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 1, 2026

**By ECF**
Hon. Robyn F. Tarnofsky
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    *Tang, et al. v. United States of America*, No. 23 Civ. 9885 (LTS) (RFT)

Dear Judge Tarnofsky:

This Office represents the United States of America (the "Government") in the above-named action. We write respectfully to withdraw our letter motion of May 26, 2026, seeking a new rebuttal expert report (ECF No. 150), and also to request that the conference scheduled for June 8, 2026, be adjourned.

After the Government filed its letter motion, the parties reached an agreement that Mr. Couchman can submit a new rebuttal report addressing:

1. The report of Mr. Deepak Jain that Plaintiffs served on May 7, 2026; and/or
2. The documents produced and testimony from depositions taken after the Government served Mr. Couchman's original rebuttal report on September 22, 2025.

The Government will serve Mr. Couchman's new rebuttal report by June 26, 2026, in accordance with the Amended Case Management Plan and Scheduling Order. *See* ECF No. 144 ¶ 6(d).

The Government thanks the Court for its consideration of this letter.

Defendant's letter-motion (ECF 150) is deemed withdrawn. The time for completing discovery is extended until **June 26, 2026**. The Clerk of Court is respectfully requested to terminate ECF 150.

Respectfully submitted,

JAY CLAYTON
United States Attorney

Dated: June 1, 2026    SO ORDERED
New York, NY

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

By:    /s/ *Jessica F. Rosenbaum*
      ALYSSA B. O'GALLAGHER
      JESSICA F. ROSENBAUM
      Tel.: (212) 637-2822/2777
      alyssa.o'gallagher@usdoj.gov
      jessica.rosenbaum@usdoj.gov

cc:  Plaintiffs' counsel by ECF