UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY TANG,

Plaintiff,

-against-

UNITED STATES OF AMERICA,

Defendant.

23-CV-09885 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On January 6, 2026, I ordered the parties to file bi-monthly joint updates on the status of discovery, including on **August 15, 2026**. (*See* ECF 134.) The parties have not complied.

Accordingly, I am nunc pro tunc extending the deadline for the parties to file their joint status update until **August 21, 2026.**

DATED: May 27, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge