UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONY TANG, et al.

Plaintiffs,

-against-

UNITED STATES OF AMERICA,

Defendant.

23-CV-09885 (VSB) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court are (a) the parties' request to stay the time to file motions for summary judgment (ECF 164) and (b) the parties' proposed briefing schedule for Plaintiffs' anticipated application for attorneys' and expert fees and costs in connection with 1) preparation of an amended or supplemental expert report addressing the late-produced documents and 2) preparation of the letter-motion to the extent it sought additional discovery rather than preclusion (ECF 166).

1. The parties' request to stay the time to file motions for summary judgment (ECF 164) is DENIED as moot in light of the Order granting Defendant's motion to dismiss (ECF 167).

2. If Plaintiffs intend to file their anticipated motion for attorneys' and expert fees and costs, the parties' proposed briefing schedule (ECF 166) is acceptable. *See Fantasy Shipping Pool, Ltd. v. Simatech Marine S.A.*, No. 01-CV-10725I (CSH), 2002 WL 1733662, at *3 (S.D.N.Y. July 25, 2002) (dismissal does not "oust" the Court of jurisdiction to consider a motion for sanctions). Plaintiffs' motion (if any) shall be filed by **September 25, 2026**. Defendant's opposition (if any) shall be filed by **October 23, 2026**. Plaintiffs' reply (if any) shall be filed by **November 6, 2026**.

DATED: September 1, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE