**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TONY TANG and GILBERTO TORRES, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

23 **CIVIL** 9885 (LTS)

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------X

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 1, 2026, Defendant's motion to dismiss the complaint under Rule 12(b)(1) for lack of subject matter jurisdiction is granted. In light of this determination, the Court need not, and cannot properly, address the standing and merits prongs of Defendant's motion practice. The motion of the amici is likewise denied as moot; accordingly, the case is closed.

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**